GOYA FOODS, INC.
350 County Road
Jersey City, New Jersey 07307

February 6, 2025

*Delivered via Electronic Mail and Overnight Courier*

Mr. Robert I. Unanue
32103 Rodgers Rd
Fulshear, TX 77441

Re: Termination Letter

Dear Bob,

As explained on the yesterday's call, the Board of Directors of Goya Foods, Inc. ("Goya Foods" or the "Company") voted to terminate your employment with the Company, including your service as President of the Company, effective immediately. Our understanding is that the termination was for cause as defined by the Deferred Compensation Agreement.

You are no longer an agent of the Company, and you shall no longer hold yourself out as an employee, officer or agent of the Company. As such, you are to cease any and all work on behalf of Goya Foods, Inc. and its subsidiaries. We would appreciate your cooperation with the transfer of all accounts related to Company information or business.

We will forward to your home address your final paycheck, including any accrued but unused time off, and information related to the continuation of your healthcare benefits.

Nothing contained in or omitted from this letter is, or should be, construed as a limitation, restriction or waiver, express or implied, of any of the Company's rights, remedies and defenses in connection with any of the matters raised herein, all of which are expressly reserved.

Your capacity and obligations to the Company as a shareholder remain.

Sincerely,
GOYA FOODS, INC.

S/
By: Francisco Unanue

S/
By: Carlos Unanue