**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **ROBERT I. UNANUE,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO. 4:25-cv-03573** |
| **GOYA FOODS, INC., and FRANCISCO R. UNANUE,** | |
| **Defendants.** | |

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

Pursuant to the Court's August 4, 2025 Order (Doc. 3), Defendant Goya Foods, Inc. ("Goya") and Defendant Francisco R. Unanue ("Frankie") (Goya and Frankie collectively, the "Defendants") make the following disclosures of interested parties:

1. Robert I. Unanue, *Plaintiff*

2. Nicholas R. Lawson of Lawson and Moshenberg PLLC, *Counsel for Plaintiff*

3. Ryan J. Stonerock of Harder Stonerock LLP, *Counsel for Plaintiff*

4. Dilan Esper of Harder Stonerock LLP, *Counsel for Plaintiff*

5. Frank M. Smith of FMS Lawyer PL, *Counsel for Plaintiff*

6. Goya, *Defendant*

7. Frankie, *Defendant*

8. Michael Rudd of Fox Rothschild LLP, *Counsel for Defendants*

9. Daniel J. Madden of Fox Rothschild LLP, *Counsel for Defendants*

10. David J. Sprong of Fox Rothschild LLP, *Counsel for Defendants*

11. Marc J. Gross of Fox Rothschild LLP, *Counsel for Defendants*

12. Suvajit Basu, *Defendant / Third-Party Plaintiff in Goya Foods Inc., v. Suvajit Basu et al, currently pending in the Superior Court of New Jersey, Bergen County: Law Division (Docket No. BER-L-6053-24)*

13. SB3, Inc., *Defendant in Goya Foods Inc., v. Suvajit Basu et al, currently pending in the Superior Court of New Jersey, Bergen County: Law Division (Docket No. BER-L-6053-24)*

14. Triveni Group LLP, *Defendant in Goya Foods Inc., v. Suvajit Basu et al, currently pending in the Superior Court of New Jersey, Bergen County: Law Division (Docket No. BER-L-6053-24)*

15. Datatusk Inc., *Defendant in Goya Foods Inc., v. Suvajit Basu et al, currently pending in the Superior Court of New Jersey, Bergen County: Law Division (Docket No. BER-L-6053-24)*

16. Airstein LLC, *Defendant in Goya Foods Inc., v. Suvajit Basu et al, currently pending in the Superior Court of New Jersey, Bergen County: Law Division (Docket No. BER-L-6053-24)*

17. Peter Unanue, *Third-Party Defendant in Goya Foods Inc., v. Suvajit Basu et al, currently pending in the Superior Court of New Jersey, Bergen County: Law Division (Docket No. BER-L-6053-24)*

Dated: October 22, 2025.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/Michael J. Rudd*
Daniel J. Madden
Texas Bar No. 24002513
Fox Rothschild LLP
2501 N Harwood Street, Suite 1800
Dallas, TX 75201
PH: (214) 231-5787
EM: dmadden@foxrothschild.com

Michael J. Rudd
Admitted to the Western District of Texas -
Missouri Bar No. 71591
Fox Rothschild LLP
4900 Main Street, Suite 150
Kansas City, MO 64112
PH: (816) 919-7909
EM: mrudd@foxrothschild.com
**Attorneys for Defendants**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 22, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF System, which will send a notice of filing to the following:

**Lawson and Moshenberg PLLC**

Nicholas R. Lawson
Texas Bar No. 24083367
Nick.Lawson@lmbusinesslaw.com
2301 Commerce St., Suite 200,
Houston, TX 77002
(903) 316-9155

**Harder Stonerock LLP**

Ryan J. Stonerock
*Pro Hac Vice* forthcoming
Dilan Esper
*Pro Hac Vice* forthcoming
RStonerock@harderstonerock.com
DEsper@harderstonerock.com
6300 Wilshire Blvd., Suite 640,
Los Angeles, CA 90048
(424) 203-1600

**FMS Lawyer PL**

Frank M. Smith
*Pro Hac Vice* forthcoming
Frank.Smith@fmslawyer.com
P.O. Box 219
Fort White, FL 32038-0219
(954) 241-6947

**Attorneys for Plaintiff**

                            */s/ Michael J. Rudd*
                            Michael J. Rudd