# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

ROBERT I. UNANUE,

      Plaintiff,

      v.

GOYA FOODS, INC., and FRANCISCO R. UNANUE,

      Defendants.

CIVIL ACTION NO. 4:25-cv-03573

## DEFENDANT GOYA FOODS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENTS

Pursuant to Fed. R. Civ. P. 7.1(a)(1), Defendant Goya Foods, Inc. ("Goya") states it does not have a parent corporation, and there are no publicly held corporations owning 10% or more of its stock.

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Goya states it is incorporated in the State of Delaware and maintains a principal place of business in the State of New Jersey. Goya further states that Plaintiff Robert I Unanue is a citizen of the State of Texas, and Defendant Francisco R. Unanue is a citizen of the State of Florida.

Dated: October 22, 2025.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/Michael J. Rudd*
Daniel J. Madden
Texas Bar No. 24002513
Fox Rothschild LLP
2501 N Harwood Street, Suite 1800
Dallas, TX 75201
PH: (214) 231-5787
EM: dmadden@foxrothschild.com

Michael J. Rudd
Admitted to the Western District of Texas -
Missouri Bar No. 71591
Fox Rothschild LLP
4900 Main Street, Suite 150
Kansas City, MO 64112
PH: (816) 919-7909
EM: mrudd@foxrothschild.com
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I certify that on October 22, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF System, which will send a notice of filing to the following:

**Lawson and Moshenberg PLLC**

Nicholas R. Lawson
Texas Bar No. 24083367
Nick.Lawson@lmbusinesslaw.com
2301 Commerce St., Suite 200,
Houston, TX 77002
(903) 316-9155

**Harder Stonerock LLP**

Ryan J. Stonerock
*Pro Hac Vice* forthcoming
Dilan Esper
*Pro Hac Vice* forthcoming
RStonerock@harderstonerock.com
DEsper@harderstonerock.com
6300 Wilshire Blvd., Suite 640,
Los Angeles, CA 90048
(424) 203-1600

**FMS Lawyer PL**

Frank M. Smith
*Pro Hac Vice* forthcoming
Frank.Smith@fmslawyer.com
P.O. Box 219
Fort White, FL 32038-0219
(954) 241-6947

**Attorneys for Plaintiff**

/s/ Michael J. Rudd
Michael J. Rudd