**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Robert I. Unanue,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:25-CV-3573** |
| | § | |
| **Goya Foods, Inc. and** | § | |
| **Francisco R. Unanue,** | § | |
| | § | |
| **Defendants.** | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that the following attorney is entering an appearance as additional counsel for Defendants Goya Foods, Inc. and Francisco Unanue:

DJ Ringquist
Texas Bar No. 24110280
Federal Bar No. 3243530
dringquest@azalaw.com
AHMAD, ZAVITSANOS & MENSING PLLC
1221 McKinney, Suite 2500
Houston, Texas 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

Please send all copies of all notices, correspondence, or communications of any kind regarding the above-styled and numbered cause to counsel accordingly.

Dated: June 11, 2026

Respectfully submitted,

**AHMAD, ZAVITSANOS, MENSING, PLLC**

*/s/ DJ Ringquist*
Paul Turkevich
State Bar No. 24102585
pturkevich@azalaw.com
DJ Ringquist
Texas Bar No. 24110280
dringquest@azalaw.com
Hailey Pulman
State Bar No. 24121469
hpulman@azalaw.com
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101
Fax: (713) 655-0062

**BUCHANAN INGERSOLL & ROONEY PC**
Marc J. Gross, Esquire
Admitted Pro Hac Vice
New Jersey Bar No. 020091991
550 Broad Street, Suite 810
Newark, NJ 07102-4582
Telephone: (973) 424-5615

**ATTORNEYS FOR DEFENDANTS GOYA FOODS, INC., AND FRANCISCO R. UNANUE**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 11th day of June, 2026.

/s/ *DJ Ringquist*
DJ Ringquist