**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Robert I. Unanue,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 25-3573** |
| | § | |
| **Goya Foods, Inc. and** | § | |
| **Francisco R. Unanue,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance as counsel of record on behalf of Robert I. Unanue, Plaintiff-Counter Defendant in the above-styled and numbered cause. All future notices, pleadings, correspondence, and communications should be directed to counsel as follows:

Samuel J. Landingham
State Bar No. 24144378
SDTX Federal ID No. 3925034
Lawson & Moshenberg, PLLC
2301 Commerce Street, Suite 200
Houston, Texas 77002
Telephone: (832) 797-7886
Email: sam.landingham@lmbusinesslaw.com

Counsel respectfully requests that the Court and all parties take notice of this appearance and direct all future correspondence and filings accordingly.

/s/*Sam Landingham*
Samuel J. Landingham
State Bar No. 24144378
SDTX Federal ID No. 3925034
Attorney for Plaintiffs-Counter Defendant

Respectfully submitted,

**LAWSON & MOSHENBERG PLLC**

By: */s/ Sam Landingham*________________
Nicholas R. Lawson
Texas Bar No. 24083367
Avi Moshenberg
Texas Bar No. 24083532
Samuel J. Landingham
Texas Bar No. 24144378
LAWSON & MOSHENBERG PLLC
2301 Commerce St
Suite 200
Houston, TX 77002
C: 903-316-9155
E: Nick.Lawson@lmbusinesslaw.com
E: Avi.Moshenberg@lmbusinesslaw.com
E Sam.landingham@lmbusinesslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was forwarded by electronic mail, and through electronic service on June 12, 2026.

/s/*Sam Landingham*

Sam Landingham