**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

ROBERT I. UNANUE,

Plaintiff,

v.

GOYA FOODS, INC., and
FRANCISCO R. UNANUE,

Defendants.

Case No.: 4:25-cv-03573

## SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that the undersigned, **MARC J. GROSS** of Buchanan Ingersoll & Rooney PC, shall appear as counsel on behalf of Defendant Goya Foods, Inc., and Francisco R. Unanue by way of substitution for Fox Rothschild LLP and its attorneys Daniel J. Madden and Michael J. Rudd who should be removed as counsel for Defendant Goya Foods, Inc and Francisco R. Unanue.

Withdrawing Attorney:
FOX ROTHSCHILD LLP

By: */s/ Michael J. Rudd*
Michael J. Rudd
Admitted to the Southern District of Texas
Missouri Bar No. 71591
Fox Rothschild LLP
4900 Main Street, Suite 150
Kansas City, MO 64112
PH: (816) 919-7909
EM: mrudd@foxrothschild.com
Attorneys for Defendants

Dated: June 10, 2026

Substituting Attorney:
BUCHANAN INGERSOLL & ROONEY PC

By: /s/ *Marc J. Gross*
Marc J. Gross
Admitted Pro Hac Vice
New Jersey Bar No. 020091991
Buchanan Ingersoll & Rooney PC
550 Broad Street, Suite 810
Newark, NJ 07102-4582
PH: (973) 424-5615
EM: marc.gross@bipc.com
Attorneys for Defendants

Dated: June 10, 2026

Withdrawing Attorney:
FOX ROTHSCHILD LLP

By: /s/ Daniel J. Madden
Daniel J. Madden
Texas Bar No. 24002513
Fox Rothschild LLP
2501 N Harwood Street, Suite 1800
Dallas, TX 75201
PH: (214) 231-5787
EM: dmadden@foxrothschild.com
Attorneys for Defendants

Dated: June 10, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on the __ day of June 2026 I caused a true and correct copy of the foregoing document to be served electronically via the Court's CM/ECF system.

*/s/ Marc J. Gross*
Marc J. Gross, Esquire